IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GOLF COURSE ASSOC, LLC AND TOLL BROS., INC. | § § § | No. 200, 2016 |
| Petitioners Below, Appellants, | § § § | Court Below: Superior Court of the State of Delaware |
| v. | § § | |
| | § | C.A. No. 115A-02-007 |
| NEW CASTLE COUNTY, NEW CASTLE COUNTY DEPARTMENT OF LAND USE, AND NEW CASTLE COUNTY BOARD OF ADJUSTMENT | § § § § § § | |
| Respondents Below, Appellees. | § § | |

Submitted: December 7, 2016
Decided: December 9, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices, constituting the Court *en Banc*.

## **O R D E R**

This 9th day of December 2016, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its decision dated March 28, 2016.[1]

---

[1] *Golf Course Assoc, LLC v. New Castle County*, 2016 WL 1425367 (Del. Super. Mar. 28, 2016).

NOW, THEREFORE IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice